# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Shun McRae, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00610-KDB |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2021 Order.

September 15, 2021

Frank G. Johns, Clerk
United States District Court